UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA ERAZO, | No. C 09-2949 MHP |
| Plaintiff, | |
| v. | **MEMORANDUM & ORDER** |
| AURORA LOAN SERVICES, | **Re: Motion to Dismiss** |
| Defendant. | |

Plaintiff Sandra Erazo previously brought an action, Case No. 09-0149 MHP (N.D. Cal.), which was dismissed with prejudice. Four days later, she filed this substantially identical action. Defendant Aurora Loan Services moved to dismiss the complaint on the basis of, *inter alia*, res judicata, and a hearing date was set for November 9, 2009. Seeing that the deadline for filing an opposition has passed, *see* Civil Local Rule 7-3(a), and no opposition has been filed, the court GRANTS defendant's motion to dismiss. The complaint is DISMISSED in its entirety WITH PREJUDICE. Plaintiff SHALL file NO further actions in this court pertaining to the real property located at 21 Lou Ann Place, Pittsburgh, CA 94565.

IT IS SO ORDERED.

Dated: October 29, 2009

MARILYN HALL PATEL
United States District Court Judge
Northern District of California